# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. GRUBER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-01486-FLA (MAA)<br><br>**ORDER DIRECTING SERVICE OF PROCESS UNDER THE CENTRAL DISTRICT E-SERVICE PILOT PROGRAM** |

　　　The Court has reviewed the Second Amended Complaint (ECF No. 19), filed on May 17, 2023, in light of its obligations pursuant to 28 U.S.C. § 1915A(b) and 28 U.S.C. § 1915(e)(2)(B), and determined that it may be served upon the Defendant(s) listed below. A request and affidavit have been presented in compliance with the provisions of 28 U.S.C. § 1915, and an Order has been filed permitting commencement of suit without prepayment of filing fees.

　　　1.　　IT IS HEREBY ORDERED that service shall be initiated on the following Defendant(s) in the following capacity:

　　　　　　i.　　Kersten Jordan-Maree, Chuckawalla Valley State Prison
　　　　　　　　　☐ Official　　　☒ Individual

///

|     |      |                                                           |
|-----|------|-----------------------------------------------------------|
| 1   | ii.  | Warden David Holbrook, Chuckawalla Valley State Prison    |
| 2   |      | ☐ Official            ☒ Individual                        |
| 3   | iii. | J. Gonzalez, Chuckawalla Valley State Prison              |
| 4   |      | ☐ Official            ☒ Individual                        |
| 5   | iv.  | R. Montoya, Chuckawalla Valley State Prison               |
| 6   |      | ☐ Official            ☒ Individual                        |

2.   IT IS FURTHER ORDERED that service on the Defendant(s) listed above will proceed under the Central District E-Service Pilot Program for civil rights cases from prisoners in California Department of Corrections ("CDCR") custody.  In accordance with the program, the Clerk is directed to serve on CDCR via email the following documents: the Second Amended Complaint and any attachments thereto (ECF No. 19); this Order of service; a CDCR Report of E-Service Waiver form; and a summons.  The Clerk also will serve a copy of this Order on Plaintiff and the United States Marshal Service ("USMS").

3.   No later than 40 days after service of this Order via email on CDCR, CDCR will provide the Court with a completed CDCR Report of E-Service Waiver advising the Court which Defendant(s) listed in this Order: (a) will be waiving service of process without the need for service by the USMS; and (b) which Defendant(s) decline to waive service or could not be reached.  At the same time, CDCR also will provide a copy of the CDCR Report of E-Service Waiver to the California Attorney General's Office, which, within 21 days of the CDCR's provision of the Report, will file with the Court a waiver of service of process for the Defendant(s) who are waiving service.

4.   Upon receipt of the CDCR Report of E-Service Waiver, the Clerk will prepare a USM-285 form for each Defendant who has not waived service according to the CDCR Report of E-Service Waiver.  The Clerk will provide to the USMS a

///

///

completed USM-285 form for service upon each Defendant who has not waived service.

DATED: June 8, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE