UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:22-cv-01486-FLA (MAA)** | Date: **March 15, 2024** |
| Title **Gary M. Gruber v. Kathleen Allison et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order Regarding (1) Plaintiff's Motion for 120-Day Stay or Extension of Time Do [Sic] to Health Concerns; and (2) Plaintiff's Motion for Extension of Time to Respond to Defendant Jordan-Maree's Request (ECF Nos. 33–34)**

Before the Court are two motions filed by Plaintiff Gary M. Gruber ("Plaintiff") on March 14, 2024.

*First*, Plaintiff filed a "Motion for 120-Day Stay or Extension of Time Do [Sic] to Health Concerns" ("Stay Motion"). (Stay Mot., ECF No. 34.) Plaintiff asserts he was hospitalized with blood clots two weeks ago and is undergoing tests and treatment to find the source of, and treat, the blood clots. (*Id.*) Plaintiff requests either a 120-day stay or extension of time for his health issues. (*Id.*)

On March 15, 2024, Defendants Jordan, Holbrook, Gonzalez, and Montoya (collectively, "Defendants") filed a Notice of Non-Opposition to the Stay Motion. (Not. of Non-Opp'n to Stay Mot., ECF No. 35.) Defendants state they do not oppose Plaintiff's motion to stay proceedings for 120 days. (*Id.*)

*Second*, Plaintiff filed a "Motion for Extension of Time to Respond to Defendant Jordan-Maree's Request" ("Discovery Motion"). (Disc. Mot., ECF No. 33.) The Discovery Motion seeks a 90-day extension of time—from March 27, 2024 to June 27, 2024—to respond to Defendant Jordan-Maree's ("Defendant") First Set of Interrogatories and First Set of Request for Production of Documents. (*Id.*) Plaintiff asserts good cause exists because he is proceeding *pro se*, has been in Orange County's custody for 60 days, and was released on February 25, 2024. (*Id.*)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **5:22-cv-01486-FLA (MAA)**  Date:  **March 15, 2024**

Title  **Gary M. Gruber v. Kathleen Allison et al.**

Deadlines to respond to discovery generally are agreed upon by the parties without the Court's involvement, unless a party seeks to extend the deadline for completing discovery.  *See* Fed. R. Civ. P. 29(b).

On March 15, 2024, Defendants filed a Notice of Non-Opposition to the Discovery Motion. (Not. of Non-Opp'n to Disc. Mot., ECF No. 36.)  Defendants state that they unilaterally granted Plaintiff an extension to respond to written discovery to 30 days after the stay is lifted (thus, Plaintiff's responses would be due on **August 14, 2024**).  (*Id.*)

The Court hereby **ORDERS** as follows:

(1)  In light of Defendants' Notice of Non-Opposition to the Stay Motion, the Stay Motion is **GRANTED**.  This case shall be **STAYED** for 120 days—that is, until **July 14, 2024**.

(2)  The Clerk is **DIRECTED** to administratively close (JS-6) the case.

(3)  The Discovery Motion is **DENIED** as unnecessary.

It is so ordered.